# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2276
_____

THOMAS RICCIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.


June 5, 2026

PER CURIAM.

AFFIRMED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dan Ripley of Ripley Law, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.